UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
EDNA RIOS,                                           :
              Plaintiff,                    :
                                                :        **ORDER**
v.                                                   :
                                                :        20 CV 3445 (VB)
WELLS FARGO BANK and WELLS FARGO                     :
HOME MORTGAGE,                                       :
              Defendants.
------------------------------------------------------------x

       Under Rule 18 of the SDNY Rules for the Division of Business Among District Judges, a civil case must be designated for assignment to White Plains if:

    i.    The claim arose in whole or in major part in the Counties of Dutchess, Orange, Putnam, Rockland, Sullivan, or Westchester (the "Northern Counties") and at least one of the parties resides in the Northern Counties; or

    ii.    The claim arose in whole or in major part in the Northern Counties and none of the parties resides in this District.

       A civil case may also be designated for assignment to White Plains if:

    iii.    The claim arose outside this district and at least some of the parties reside in the Northern Counties; or

    iv.    At least half of the parties reside in the Northern Counties.

       According to the complaint, plaintiff's residential property is in Brooklyn, New York and the Civil Cover Sheet does not provide plaintiff's home address. Neither the complaint nor the Civil Cover Sheet allege defendant's principal place of business or state of incorporation. Moreover, nothing in the complaint indicates where the claim arose. Therefore, it does not appear this case was properly designated to White Plains.

       By June 18, 2020, plaintiff's counsel is directed to submit a letter to the Court either acknowledging that this case should be transferred to Manhattan or explaining why the case is properly designated for assignment to White Plains under Rule 18.

Dated: June 11, 2020
       White Plains, NY

                                                        SO ORDERED:

                                                        _____
                                                        Vincent L. Briccetti
                                                        United States District Judge