UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
EDNA RIOS,
                Plaintiff,

v.                                                                          **ORDER OF DISMISSAL**

WELL FARGO HOME MORTGAGE, and            20 CV 3445 (VB)
WELLS FARGO BANK,
                Defendants.
--------------------------------------------------------------x

        The Court has been advised that the parties have reached a settlement in principle in this case. Accordingly, it is hereby ORDERED that this action is dismissed without costs, and without prejudice to the right to restore the action to the Court's calendar, provided the application to restore the action is made by no later than January 14, 2021. To be clear, any application to restore the action must be filed by January 14, 2021, and any application to restore the action filed thereafter may be denied solely on the basis that it is untimely.

        All other deadlines, scheduled conferences (including the conference scheduled for December 2, 2020), or other scheduled court appearances are cancelled. Any pending motions are moot.

Dated: November 30, 2020
       White Plains, NY

                                           SO ORDERED:

                                           _____
                                           Vincent L. Briccetti
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/2020